# DEFENDANT'S EXHIBIT 1

# Copies of All Pleadings, Process, Papers on File in the Record of the State Court Action

ELECTRONICALLY FILED
7/16/2020 12:17 PM
47-CV-2020-901005.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 47-<br>Date of Filing: 07/16/2020 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**BLAIR WILLIAMS v. ATP HUNTSVILLE, LLC**

**First Plaintiff:** ☐ Business ☒ Individual ☐ Government ☐ Other
**First Defendant:** ☒ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☒ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☒ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** TIL014   7/16/2020 12:17:44 PM   /s/ WHITNEY ELISE TILLMAN
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☒ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

DOCUMENT 2

Case 5:20-cv-01229-LCB   Document 1-1   Filed 08/21/20   Page 3 of 9

ELECTRONICALLY FILED
7/16/2020 12:17 PM
47-CV-2020-901005.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| BLAIR WILLIAMS, who sues by and through his next of kin, AYESHA BAILEY, his mother, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )<br>) |
| ATP HUNTSVILLE, LLC. d.b.a ALTITUDE TRAMPOLINE PARK, FICTITIOUS PARTIES A, B, and/or C, BEING THOSE PERSON(S) OR LEGAL ENTITIES RESPONSIBLE TO PLAINTIFF FOR THE MATTERS COMPLAINED IN PLAINTIFF'S COMPLAINT WHOSE NAMES AND TRUE IDENTITITES WILL BE ADDED BY AMENDMENT WHEN ASCERTAINED PLAINTIFF, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. CV20- |
| Defendants. | )<br>) |

## COMPLAINT

COMES NOW, Plaintiff BLAIR WILLIAMS, (hereinafter referred to as Plaintiff) in the above-styled cause and respectfully shows unto Your Honor as follows:

### JURISDICTION

The jurisdiction of this Court is evoked pursuant to Ala. Code 1975 §12-11-30(1).

### VENUE

The venue of this Court is evoked pursuant to Ala. Code 1975 §6-3-2(a)(3) and (b)(4).

### PARTIES

1. Blair Williams is a minor having been born on or about February 8, 2007, and Blair Williams is a resident of Madison County, Alabama.

2. Blair Williams (hereinafter referred to as Plaintiff) brings this action by and through Ayesha Bailey, his mother and next of kin.

3. Plaintiff avers that Defendant ATP HUNTSVILLE, LLC. (hereinafter referred to as Defendant ATP) is a corporation existing and organized pursuant to the laws of the State of Alabama.

4. Based upon information and belief, Plaintiff reasonably believes Defendant ATP owns and operates the business of Altitude Trampoline Park, and did at all times complained of, conduct business operations in Madison County, Alabama.

5. Plaintiff avers that Altitude Trampoline Park did at all times complained of, conduct business operations in Madison County, Alabama.

6. Based upon information and belief, Plaintiff avers that at all times mentioned herein agents, officers or employees of Defendant ATP were acting in the line of their duty as agents, officers, servants or employees of Defendant ATP.

7. The true names of agents, servants, and employees of Defendant ATP are not known to Plaintiff at this time.

## COUNT ONE – NEGLIGENT ASSAULT & BATTERY

8. Plaintiff adopts by reference the allegations of paragraphs 1-7, as if re-alleged.

9. Plaintiff avers that on or about June 27, 2020, he was lawfully on the premises of the Altitude Trampoline Park.

10. Plaintiff avers that an employee, agent, or servant of Defendant ATP grabbed him about his body and lifted him off of the ground.

11. Plaintiff avers that the identity of the employee is presently unknown, but for reference will be called "Employee A."

12. Plaintiff avers that as a natural and proximate result of said actions, Plaintiff was negligently assaulted and battered by Defendant's employee, causing Plaintiff to suffer injuries and damages, to include but not limited to the following, to wit:

    a. Wounded pride and feelings;
    b. Suffered mental and emotional distress;
    c. Suffered embarrassment;
    d. Suffered physically; and
    e. Was otherwise damaged.

WHEREFORE, Plaintiff demands judgment against Defendant ATP in the sum of Fifty Thousand and No/100 ($50,000.00) dollars in compensatory damages. Moreover, Plaintiff demands costs and disbursements of this action and together with such other and further relief as may be proper, just and equitable.

## COUNT TWO – NEGLIGENT HIRING

13. Plaintiff adopts be reference the allegations of paragraphs 1-11, as if re-alleged.

14. Plaintiff avers that Defendant ATP knew and/or should have known and/or should have had reason to anticipate through due diligence, the dangerous, threatening and unlawful behavior and/or tendencies of Employee A.  Nevertheless, Defendant ATP made a decision to hire Employee A, and Defendant ATP knew that Employee A would interact directly with Defendant ATP's patrons.

15. Defendant ATP failed to exercise reasonable care to provide for the safety and comfort of its patrons/guests. Considering what was known or should have been known or could have been known by Defendant ATP about Employee A, Defendant ATP negligently hired Employee A.

16. Plaintiff avers that as a direct and proximate cause of Defendant ATP's negligent hiring of Employee A, Plaintiff has suffered:

    a. Assault and battery;
    b. Pain and suffering;
    c. Mental pain and anguish;
    d. Mental and emotional distress;
    e. Wounded pride and feelings;
    f. Public embarrassment and humiliation; and
    g. Plaintiff was otherwise damaged.

WHEREFORE, Plaintiff demands judgment against Defendant ATP in the sum of Fifty Thousand and No/100 ($50,000.00) dollars in compensatory damages. Moreover, Plaintiff demands costs and disbursements of this action and together with such other and further relief as may be proper, just and equitable.

## COUNT THREE – NEGLIGENT SUPERVISION

17. Plaintiff adopts by reference the allegations of paragraphs 1-11, as is re-alleged.

18. Plaintiff avers that Defendant ATP knew and/or should have known and/or should have had reason to anticipate through due diligence, the dangerous, threatening and unlawful behavior and/or tendencies of Employee A.

19. Defendant ATP failed to exercise reasonable care to provide for the safety and comfort of its patrons/guests. Considering what was known or should have been known or could

have been known by Defendant ATP about Employee A, Defendant ATP negligently supervised and controlled the conduct and acts of Employee A.

20. Plaintiff avers that as a direct and proximate cause of Defendant ATP's negligent supervising of Employee A, Plaintiff has suffered:

   a. Assault and battery;
   b. Pain and suffering;
   c. Mental pain and anguish;
   d. Mental and emotional distress;
   e. Wounded pride and feelings;
   f. Public embarrassment and humiliation; and
   g. Plaintiff was otherwise damaged.

WHEREFORE, Plaintiff demands judgment against Defendant ATP in the sum of Fifty Thousand and No/100 ($50,000.00) dollars in compensatory damages. Moreover, Plaintiff demands costs and disbursements of this action and together with such other and further relief as may be proper, just and equitable.

PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY

| **/s/ Whitney E. Tillman** | **/s/ Joe N. Lampley** |
|---|---|
| Whitney E. Tillman/TIL014 | Joe N. Lampley/LAM004 |
| ASB 3279-P21D | ASB 9204-E67J |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 1330 Washington Street | 1330 Washington Street |
| Huntsville, Alabama  35801 | Huntsville, Alabama  35801 |
| Office: (256) 535-2226 | Office: (256) 535-2226 |
| Fax: (256) 535-2227 | Fax: (256) 535-2227 |
| Email: WTillmanLaw@gmail.com | E-mail: joe.lampley@lampleylawoffices.com |



AlaFile E-Notice

47-CV-2020-901005.00

To: WHITNEY ELISE TILLMAN
wtillmanlaw@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

BLAIR WILLIAMS V. ATP HUNTSVILLE, LLC
47-CV-2020-901005.00

The following complaint was FILED on 7/16/2020 12:17:39 PM

Notice Date:    7/16/2020 12:17:39 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2020-901005.00

To: ATP HUNTSVILLE, LLC
4142 CARMICHAEL ROAD
MONTGOMERY, AL, 36106

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

BLAIR WILLIAMS V. ATP HUNTSVILLE, LLC
47-CV-2020-901005.00

The following complaint was FILED on 7/16/2020 12:17:39 PM

Notice Date:     7/16/2020 12:17:39 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2020-901005.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**BLAIR WILLIAMS V. ATP HUNTSVILLE, LLC**

**NOTICE TO:** ATP HUNTSVILLE, LLC, 4142 CARMICHAEL ROAD, MONTGOMERY, AL 36106
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WHITNEY ELISE TILLMAN,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1330 WASHINGTON ST NW, HUNTSVILLE, AL 35801.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BLAIR WILLIAMS pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 07/16/2020 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ WHITNEY ELISE TILLMAN
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)*   *(Name of County)*   *(Date)*

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |